**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

AUGUSTA MILLENDER; BRENDA
MILLENDER; WILLIAM JOHNSON,
     *Plaintiffs-Appellees,*

v.

COUNTY OF LOS ANGELES; ROBERT
J. LAWRENCE; CURT
MESSERSCHMIDT,
     *Defendants-Appellants,*

and

LOS ANGELES COUNTY SHERIFF'S
DEPARTMENT; SHERIFF LEROY BACA;
SCOTT WALKER; RICK RECTOR;
DONALD NICHIPORUK; RICHARD
SCHLEGEL; DEPUTY BRICE STELLA;
JACK DEMELLO; DAVID O'SULLIVAN;
JAMES RITENOUR; IAN STADE,
     *Defendants.*

No. 07-55518

D.C. No.
CV-05-02298-DDP

ORDER

Filed October 2, 2009

---

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge Pregerson did not participate in the deliberations or vote in this case.

14359

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.